# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2380

_____

DARYL WADE MAYATTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daryl Wade Mayatte, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.